IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS MANUEL DE LEON GUADALUPE

CASE NO. 09-10359-BKT

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S FAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 8/10/2010

With respect to the above-referred payment plan with a base of $15,120.00 the Trustee Renders the following recommendation:

**[X] FAVORABLE**            **[ ] UNFAVORABLE**

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Trustee has no opposition to Debtor's Intention to participate in the Home Affordable Modification Program. Docket 61.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 8/12/2010

R FIGUEROA CARRASQUILLO
COUNSEL FOR DEBTOR(S)

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062