Certificate Number: 03605-PR-DE-012221383

Bankruptcy Case Number: 09-10359


03605-PR-DE-012221383

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2010</u>, at <u>3:52</u> o'clock <u>PM AST</u>, <u>LUIS M DE LEON GUADALUPE</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>September 3, 2010</u>    By: <u>/s/MARIA GARCIA</u>

Name: <u>MARIA GARCIA</u>

Title: <u>BRANCH MANAGER</u>